I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-19-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEON D. OLIVER,<br><br>Petitioner,<br><br>vs.<br><br>RON BARNES, Warden,<br><br>Respondent. | Case No. CV 13-1982-RGK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: SEP 17 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE